# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA THOMAS, | : | Civil No: 1:20-CV-00686 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER
March 30, 2021

Upon consideration of the consent motion (*doc. 35*) to approve the parties' stipulation (*doc. 36*) regarding the award of attorney fees, **IT IS ORDERED** that the motion is **GRANTED**. Plaintiff Angela Thomas is awarded One Thousand, Six Hundred, Thirteen Dollars and 22/100 Cents ($1,613.22) and costs in the amount of Four Hundred Dollars and 00/100 Cents ($400.00) under EAJA. The attorney fees will be paid directly to Plaintiff Angela Thomas and sent to the business address of Plaintiff's counsel, Louis Ronald Burko, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a

determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge